**Linda WHITE, Plaintiff—Appellant,**

v.

**Santee COOPER, Defendant—Appellee.**

No. 12–1157.

United States Court of Appeals, Fourth Circuit.

Submitted: March 29, 2012.

Decided: April 3, 2012.

Linda White, Appellant Pro Se. Stephen Lynwood Brown, YOUNG CLEMENT RIVERS, LLP, Charleston, South Carolina, for Appellee.

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In this action alleging employment discrimination, Linda White appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment in favor of the defendant. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *White v. Cooper*, No. 2:10–cv–00536–RMG, 2012 WL 137875 (D.S.C. Jan. 19, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*